New York City Transit Authority
Law Department
130 Livingston Street
Brooklyn, New York   11201

February 19, 2014

PURISIMA, ANTON
390 9TH AVENUE
NEW YORK          NY  10001                    Claim No.:  BU  20131009 0035 001

By virtue of the power conferred on the New York City Transit Authority by
Sec. 1200 et seq, as amended, of the Public Authorities Law, you are hereby required to
appear and be sworn at the Office of the Authority, Room 11127, 130 Livingston Street, Brooklyn
New York on March    14 ,   2014 at 11 : 00 A M  and testify as to all facts relative to
the above claim presented by you to the Authority

                         Martin B. Schnabel
                         Vice President and General Counsel
                     By: Wallace D. Gossett
                         Executive Assistant General Counsel

In order to obtain a prompt disposition of your claim, please bring with you a copy of
your doctor's certificate including the date of your last treatment and amount of his
bill; X-rays, and X-ray reports; authorization for hospital records; a statement from
employer as to salary, and as to lost time and earnings, if any.  Also, you must bring
proper photo ID and any and all other proof regarding your claim for special damages.

IF AN INTERPRETER IS NECESSARY, THIS OFFICE MUST BE NOTIFIED AT LEAST THREE DAYS PRIOR TO
HEARING DATE SCHEDULED ABOVE. Please be advised that failure of your client to appear for
this appointment will result in your office being billed for any no-show fees incurred.
Any such fee(s) will be deducted from any future settlements paid to dispose of this
matter.

Application for adjournment should be made at least one day prior to the date set for the
examination.  No adjournment may be had except on written stipulation and in the form
given below:

             For information pertaining to adjournment or interpreter,
                         Call 718-694-4646

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Claim No.: BU 20131009 0035 001           Form of Adjournment
PURISIMA, ANTON

                         Prepare in duplicate.
                     Copy will be returned to you.

     It is hereby stipulated that the examination of claimant be adjourned from

The          Day of            ,            at        O'clock   M  to the

             Day of            ,            at        O'clock   M

With the distinct understanding that such adjournment is without prejudice to the
right of the New York City Transit Authority to settle or adjust
the claim within the same period of the time after such examination is held as
the Authority had at the date fixed originally for such examination, and that no
suit may be brought until after the expiration of such period of time.

Dated:
                                    _____
                                    Attorney for Claimant


                                    New York City Transit Authority

                              By: _____

Exhibit "Two"

EXHIBIT "THREE"

π' is march 10, 2014, letter

* Plaintiff Incorporates herein

ANTON PURISIMA
390 9Th. AVENUE,
NEW YORK, NEW YORK 10001.

MARCH 10, 2014
INVESTIGATION BUREAU;
LAW DEPARTMENT, 10 Th. FLOOR,
130 LIVINGSTON STREET,
BROOKLYN, NEW YORK 11201

RE: ANTON PURISIMA
BU-2013-10-09-0035-001
[APPEARANCES; DAMAGES; THOUROUGH INVESTIGATION
MEDICAL RECORDS; REQUEST FOR POSTPONEMENT;
CONSPIRACY; COVER-UP OF INCIDENT; ETC.]

Dear INVESTIGATION BUREAU and TO WHOM IT MAY CONCERN:
THIS LETTER IS RESPONSE TO NOTICE OF APPEARANCE (I LOST
THE ALLEGED LETTER), and if there is appearance
Requested in this case, please take notice of the following:
   1. Please take notice that if there is APPEARANCE
NEEDED IN THIS CASE, IT IS TOO SOON TO APPEAR AS THE
DOCUMENTS IN THIS CASE ARE NOT COMPLETE AT THIS
TIME and some Agencies are still conducting their
investigation and or issue regarding the alleged incident
Therefore, it is too soon.
   2. THE Alleged DAMAGES as well is still
not computed yet therefore NOT COMPLETE. Please take
notice, my Rights(are "PRICELESS") CANNOT BE
REPAIRED BY MONEY, therefore, PRICELESS;
   3. YOUR AGENCY MUST THOUROUGHLY INVESTIGAT

Ex. "Three"                    = PAGE ONE OF 3 =

THE ALLEGED INCIDENT, and SUBPOENA THE SURVEILLANCE CAMERA AT ROOSEVELT AVENUE CORNER 61ST. STREET STATION (BUS STOP) IN ORDER TO IDENTIFY THE OWNER OF THE ALLEGED DOG THAT YOU ALLOWED INSIDE YOUR MTA Q 32 BUS, THAT BIT MY MIDDLE RIGHT FINGER INSIDE YOUR MTA NEW YORK BUS. YOUR OFFICE MUST CONDUCT THIS INVESTIGATION IMMEDIATELY as there are EVIDENCE IN THIS CASE. Additionally, the owner of the alleged DOG Refused to provide the information about the alleged DOG as well as she was protected by another Latino-looking-MALE (HE WAS HOLDING ME, and GOING-in-between her and me) as well as both of these individuals EXITED THE MTA Q 32 BUS AT ROOSEVELT AVENUE and 61ST. STREET BUS STOP. INFRONT OF RESTAURANT (METRO KITCHEN), THERE IS SURVEILLANCE CAMERA AT THAT PLACE POINTING TOWARDS (THE "BUS STOP"), Please SUBPOENA THESE SURVEILLANCE CAMERA RECORDS, as there are evidence in this incident as well as my evidence;

    4. my medical Records regarding this incident are still incomplete, therefore, it is too soon to produce to your office;

=PAGE TWO OF 3 =

5. Please take notice, I am requesting postponement (to "any") appearances at their time due to incomplete records as well as still in investigation process, and YOUR OFFICE must also conduct and complete the investigation of the alleged incident;

6. It is therefore necessary that your office must thoroughly investigate this Dog Bite INCIDENT as well as these individuals involved therein;

7. Please stop these time consuming correspondence that compelled me to Response;

8. I am therefore waiting for immediate result of your delayed investigation of the above incident.

9. If for any reason you have questions or any concerns to any of the above, please respond through and by E-MAIL AT: ACPURISIMA @ HOTMAIL.COM

Very truly yours,

ANTON PURISIMA,
CLAIMANT
390 9TH AVE., New York, NY 10001.
E-MAIL: ACPURISIMA @ HOTMAIL.COM

State of New York
County of New York

Sworn to before me this
10th day of March
2014

MARGARET A. SCHWARTZ
Notary Public, State of New York
Reg. No. 01SC6152068
Qualified in New York County
Commission Expires Aug. 23, 2014

=PAGE THREE OF 3=

EXHIBIT "FOUR"

\* P. I. Claim Form
Filed: Jan. 8, 2014

ACV

Plaintiff ※ incorporate herein and
to support thereof.

\* Returned, but incomplete,
NO EXHIBITS (missing)
when returned.   ACV

PO 13070809-35

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-M



New York City Comptroller
Scott M. Stringer

## Personal Injury Claim Form

Claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC
Comptroller's ~~~ 1 Centre Street, Room 1225, New York, New York 10007. It must be notarized. If claim is
not resolved within 1 year and 90 days of the occurrence, you may bring an action to preserve your rights.

**TYPE OR PRINT**

2014 JAN 13   PM 12:06   RECEIVED IS PROCESSING   (stamp)

**I am filing:** ☒ On behalf of myself.
☐ On behalf of someone else. If on someone else's
behalf, please provide the following information.

Last Name:   **PURISIMA**

First Name:   **ANTON**

Relationship to
the claimant:   **CLAIMANT**

☐ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

Firm or Last Name:

Firm or First Name:

Address:

Address 2:

City:

State:

Zip Code:

Tax ID:

Phone #:

Email Address:

2014 JAN -8   PM 4:29   (stamp)

### Claimant Information

*Last Name:   **PURISIMA**

*First Name:   **ANTON**

Address:   **390 9Th. AVENUE**

Address 2:

City:   **NEW YORK**

State:   **NEW YORK**

Zip Code:   **10001**

Country:   **NEW YORK, U.S.A.**

Date of Birth:   **12/15/1951**   Format: MM/DD/YYYY

Soc. Sec. #   **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**

HICN.
(Medicare #)   **N/A**

Date of Death:   **NOT APPLICABLE**   Format: MM/DD/YYYY

Phone:   **NONE**

Email Address:   **ACPURISIMA@HOTMAIL.COM**

Occupation:

City Employee?   ☐ Yes   ☒ No   ☐ NA

Gender   ☒ Male   ☐ Female   ☐ Other

ATTACHED HERE WITH
Exhibits "ONE," "TWO,"
"THREE," and "FOUR."
ACP

NOTE: There are
Additional Exhibit
that will be
Provided as soon
as possible in
addition to the
Attached herewit
ACP

EX. "4"

RECEIVED BY
CERTIFIED MAIL

* Denotes required field(s).

Page 1 of

New York City Comptroller
Scott M. Stringer

New York City Comptroller
1 Centre Street
New York, NY 10007

MTA NYC TRANSIT
LAW DEPARTMENT

**The time and place where the claim arose**

2014 JAN 13 PM 12: 06

RECEIVED
CLAIMS PROCESSING

*Date of Incident: 10 / 09 / 2013   Format: MM/DD/YYYY

Time of Incident: @ 16:05   Format: HH:MM AM/PM

Address: _____

Address 2: _____

City: _____

State: _____

Borough: _____

*Location of Incident:

Q32 N/E, BUS #6903
MTA, NEW YORK CITY TRANSIT,
STOPPED @ 61 St. / ROOSEVELT
(INSIDE MTA BUS #6903)
QUEENS, NEW YORK

*Manner in which claim arose:

Attach extra sheet(s) if more room is needed.

PLEASE SEE ATTACHED EXHIBITS TO INCORPORATE HEREIN AND TO SUPPORT EVERY STATEMENT MADE BY THE CLAIMANT ANTON PURISIMA. I WAS ON MTA Q32 BUS #6903 GOING NORTHEAST FROM MANHATTAN TO QUEENS, NEW YORK ON OCTOBER 09 2013 ON OR ABOUT BEFORE THAT TIME, THE PUPPY DOG ON THE BUS OWNED BY LATINA PASSENGER ON THE BUS WHICH THE HEAD OF THE DOG WAS STICKING-OUT FROM HER BAG THAT SHE WAS CARRYING ON HER LAP BITE MY MIDDLE FINGER OF MY RIGHT HAND WHILE I WAS WALKING ON THE AISLE TO GET-OFF THE NEXT STOP (BUS STOP). MY FINGER WAS BLEEDING FROM THE DOG. THE BUS OPERATOR WAS INFORMED AND CALLED THE POLICE. PARAMEDICS CAME AND THE MTA SUPERVISOR & PROBABLY THE MTA POLICE CAME ALSO. THE DOG-BITE-WOUND WAS SEEN TO THE PARAMEDICS OPERATOR, MTA SUPERVIS I SIGNED THE RELEASE THAT I WILL GO TO HOSPITAL PLS. SEE: ATTACHED PAGE MARKED AS PAGE TWO-A

The items of damage or injuries claimed are (include dollar amounts):

Attach extra sheet(s) if more room is needed.

UNKNOWN AT THIS BUT WILL PROVIDE IN THE FUTURE, AS SOON AS POSSIBLE SEE ATTACHED EXHIBITS AS REFEREN HEREIN.

* Denotes required field(s).

RECEIVED BY
CERTIFIED MAIL

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

New York City Comptroller
Scott M. Stringer

**Medical Information**

1st Treatment Date: ~~RED~~ 10/09/2013   *Format: MM/DD/YYYY*

Hospital/Name: ST. LUKES

Address: 1111 AMSTERDAM AVE.

Address 2: NY, NY 10025 -

City: (SEE ATTACHED EXHIBITS)

State: AS REFERENCE

Zip Code:

ACP

Date Treated in
Emergency Room: 10/09/2013   *Format: MM/DD/YYYY*

Was claimant taken to hospital by an ambulance?   ○ Yes   ⊗ No   ○ NA

**Employment Information (If claiming lost wages)**

Employer's Name:

Address

Address 2:

City:

State:

Zip Code:

Work Days Lost:

Amount Earned
Weekly:

**Treating Physician Information**

Last Name: CHRISTOPHER REVERTE, MD — 10/09/2013, 21:4

First Name:

Address:

Address 2:

City:

State:

Zip Code:



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*See attached exhibits to incorporate in this page and to support thereof*

**Witness 2 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*Same*

**Witness 3 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*Same*

**Witness 4 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*Same*

**Witness 5 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*Same*

**Witness 6 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

*Same*

*ACP*

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**RECEIVED BY
CERTIFIED MAIL**

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Insurance Information**

Insurance Company Name:
Address
Address 2:
City:
State:
Zip Code:
Policy #:
Phone #:

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ☒ Other   PASSENGER OF MTA Q32 BUS #6903

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

**City vehicle information**

Plate #:   MTA Q32 BUS #69

(See attached Exhibits)

City Driver Last Name:
City Driver First Name:

**\*Total Amount Claimed:**   ("PRICELESS" DAMAGES)   *Format: Do not include "$" or ",".*

JANUARY 08, 2013
Date

Signature of Claimant   ANTON PURISIMA
CLAIMANT

State of New York
County of NY

I, ANTON PURISIMA, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Signature of Claimant

Sworn before me this day   JAN 08 2014

Signature of notary   Shawn Carroll

**\* Denotes required field(s).**

Page 5 of 5

EXHIBIT "FIVE"

* Feb. 09, 2014, Plaintiff's Letter
* to incorporate herein as well as
To support thereof.

JEG

ANTON PURISIMA
390 9Th. AVENUE,
NEW YORK, NEW YORK 10001

FEBRUARY 09, 2014

INVESTIGATION BUREAU
NEW YORK CITY TRANSIT AUTHORITY
130 LIVINGSTON STREET, 10Th. FLOOR
BROOKLYN, NEW YORK 11201

RE: ANTON PURISIMA
BU-2013-10-09-0035-001
[RESPONSIBLE PARTIES; DEFENDANTS,
("CAPTION") ON THE "NOTICE OF CLAIM"]

7013 2250 0001 5562 7541

RECEIVED
CITY OF NEW YORK
2014 FEB 12   AM 10: 16
CENTRAL FILING FACILITY
BUREAU INFORMATION SYSTEM
CENTRAL

Dear INVESTIGATION BUREAU and TO WHOM IT MAY CONCERN:
   please take notice that this is a response to
JANUARY 17, 2014 letter (Certified mail# 7011150 0002 4073
1791), received on FEBRUARY 05, 2014.
   ATTACHED HEREWITH A COPY OF "RETURN RECEIPT" OF THE
ABOVE CERTIFIED MAIL WITH DATE AND SIGNATURE, FOR YOU
TO REVIEW.
   PURSUANT TO SECTION 1212 OF THE PUBLIC AUTHORITIES
LAW and SECTION 50-e OF THE GENERAL MUNICIPAL LAW
AS ALLEGED IN YOUR LETTER AS WELL AS THE ALLEGED
("CAPTION") ON THE NOTICE OF CLAIM IS THE FOLLOWING, THAT
MUST BE INCORPORATED IN THE "NOTICE OF CLAIM" DATED:
JANUARY 08, 2014, AS IN ADDITION TO ALREADY ALLEGED THEREI

ANTON PURISIMA,
      CLAIMANT/PLAINTIFF,
   VS.
NEW YORK CITY TRANSIT AUTHORITY and OR ("MaBSTOA")
CITY OF NEW YORK ("CITY"); NEW YORK CITY ("MTA");

=PAGE ONE OF TWO=

"LATINA," DOG OWNER ("OWNER OF THE DOG");
(THE INSTIGATORS"); DOES 1 — 100,
                    DEFENDANTS/RESPONSIBLE PARTIES.

CLAIMANT ANTON PURISIMA INCORPORATES THE ABOVE
CAPTION TO (HIS "NOTICE OF CLAIM") DATED:
JANUARY 08, 2014, at alleged and pursuant to
SECTION 1212 and SECTION 50-e OF THE NYC STATUTES.
        ATTACHED ARE THE FOLLOWING:
        1. COPY OF "RETURN RECEIPT" OF
CERTIFIED MAIL # 7011 1150 0002 4073 1791,
WITH DATE and SIGNATURE;
        2. COPY OF "JANUARY 17, 2014 LETTER,"
WITH "NOTE," @ UPPER RIGHT CORNER.
        IN VIEW OF THE FOREGOING, AND IF FOR ANY
REASON // QUESTIONS OR CONCERNS, PLEASE EMAIL @
ACPURISIMA @ HOTMAIL.COM

                        Very truly yours,

State of New York
County of New York

Sworn to before me this
10th day of Feb. 2014

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18, 20 17

ANTON PURISIMA,
CLAIMANT
390 9th AVENUE,
NEW YORK, NEW YORK 10001.
E-MAIL: ACPURISIMA @HOTMAIL.COM

=PAGE TWO OF TWO=

New York City
Transit
Authority

130 Livingston Street
Law Department, 10th Floor
Brooklyn, New York 11201

*Received: Feb. 05, 2014*
*BY: ANTON PURISIMA*
*Anton Pur—*
*Claimant*

January 17, 2014

RE:  ANTON PURISIMA
BU-2013-10-09-0035-001

ANTON PURISIMA
390 9TH AVENUE
NEW YORK, NY  10001

Dear Sir/Madam:

Pursuant to section 1212 of the Public Authorities Law and
Section 50-e of the General Municipal Law the attached Notice of Claim is
being returned for the reason(s) stated below:

o    New York City Transit Authority or MaBSTOA is not stated in the
     caption on the Notice Of Claim.

A Notice of Claim filed against the New York City Transit Authority
MUST BE SERVED WITHIN 90 DAYS AFTER THE INCIDENT, be notarized and in writing.

Failure to file a claim in accordance with applicable statutes will
result in its automatic disallowance. You may file again within 10 days
after receiving this correspondence if you have complied with the 90 day
service requirement.

Very truly yours,

Investigation Bureau, (718) 694-3997



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NEW YORK CITY TRANSIT
AUTHORITY
LAW DEPT. CLAIMS PROCESSING
130 LIVINGSTON STREET - RM 10037E
BROOKLYN, N.Y. 11201-5190

BU 2013-10-09-0035-001 (RSL)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANTON PURISIMA.
390 9TH AVENUE
NEW YORK, NY
10001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
ANTON PURISIMA                    3/05/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 1150 0002 4073 1791

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT "SIX"

* Philadelphia Fire Dept. — EMS
  10/17/2013

* plaintiff incorporates herein
  and to support thereof.

ALP

*PAYMENT MAILED: 12/10/2013*

Anton Purisma
390 9th Ave
Ny City NY 10001

**Philadelphia Fire Department- EMS**
Phone:  888-987-1135

# Emergency Medical Services Bill

Statement Date:   11/16/2013

Date of Service: 10/17/2013
Account Number: 17437124
Incident No. 132900145

This invoice is the result of a response for ambulance services on 10/17/2013. If you have insurance, please complete and sign the back of this form, and return to us. Please make sure your name is exactly as it appears on your insurance card. To pay online or update your insurance information, go to www.intermedix.com/billpay. We will file a claim on your behalf. If you do not have insurance, this payment is your responsibility. Please see options below to submit payment. For information or assistance on this account, please call 888-987-1135.

## Statement of Account

| | |
|---|---|
| Emergency Medical Services | $970.00 |
| **Amount Due:** | **$970.00** |

---

**\*\*DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU\*\***

Philadelphia Fire Department
1105 SCHROCK RD SUITE 610
Columbus OH 43229



| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMEX | | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

| INCIDENT NO. | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|---|
| 132900145 | 11/16/2013 | $970.00 | 17437124 |

Make checks payable to: Philadelphia Fire Department- EMS

**To pay online, go to www.intermedix.com/billpay**

07/12010 09:30 3  0080533 20131117 9KK54101 ZIP-LTD 1 oz DOM 9KK5410000' 159920 LD

ANTON PURISMA
390 9TH AVE
NEW YORK NY 10001-9901



Philadelphia Fire Department- EMS
Lockbox 9437
PO Box 8500
Philadelphia PA 19178-9437

6

# EXHIBIT "SEVEN"

\* This receipt shows that I paid for the coffee but I was not allowed to get my coffee by the employees at Defendant's Au Bon Pain. Two employees and one Supervisor (Fatima) called the Port Authority Police.

The usual coffee that I got was not hot (warm) and dirty (as something was floating on my coffee). "I put my finger in my cup of coffee, infront of supervisor and employees and threw the coffee in their trash. and I got (filled my cup with another brand (morning blend) next to French Roast (my usual coffee).

They told me then, I have to pay for it, again. "I threw the second - cup in their trash infront of them," and I told them "I did not get any coffee," by showing my cup (up - side - down) infront of these Au bon pain employees. They, I watched them replacing their French Roast (display container), by taking it inside," while I waited for the police to arrive. (one African - American female & one white male POLICE came) I reported this incident and told them, "I called the police in order to be on the safe - side, I do not want that" They might say, I took something W/o paying."

AU BON PAIN's Receipt
3 - 3 - 2014, 5:03 A.M
@ La Guardia Airport

\* Plaintiff incorporates this document to every page in this action and to support thereof.

ACL

*PAID BUT I WAS NOT ALLOWED TO GET A COFFEE, THE COFFEE WAS WARM*

# Au Bon Pain
STORE #000723
Laguardia Airport
Flushing, NY 11371
Office Catering Specialists 800-765-4227

*I THREW, & DIRTY –*

*( I THREW IN TRASH IN FRONT OF 3 EMPLOYEES ( 1 LATINO SUP.)*

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

## Ticket #206905

2014-03-03                    5:09 AM
000723 10 113 206905

| ABP Coffee Refill | 1.29 |
|---|---|
| FOR HERE | 1.29 |
| Tax | .11 |
| Amount Due | $1.40 |
| CASH | $2.00 |
| Change | $.60 |

Some like it cold.
Some like it hot.
But everyone likes the price.
$1.99 Espresso drinks. Only at ABP.

Thank you for visiting Au Bon Pain !

*I CALLED P.A. POLICE @ 6:16 A.M. TALKED TO MALE WHITE OFFICER W/ FEMALE (AF. AM. OFFICER) –*

7

EXHIBIT "EIGHT"

* NYC, Commission on Human
                              Rights
    Dated: march 3, 2014

* I_∧^π filed complaint against
    Defendant AU BON PAIN
    on march 03, 2014

        * Plaintiff incorporates this
Documents and HRC document herein and to
support thereof.

A5P



**COMMISSION ON HUMAN RIGHTS**
40 RECTOR STREET, NEW YORK, NY 10006
Dial 311   www.nyc.gov/cchr

PATRICIA L. GATLING
*Commissioner and Chair*

March 3, 2014

To Whom It May Concern:

    This letter is to confirm that Anton Purisima visited our offices today.

Regards,

Laura Flyer
Staff Attorney
Law Enforcement Bureau

EXHIBIT "NINE"

* TD Bank's
  "Statement of Account"
  For: π Anton Prisima herein
  that shows (the "overcharged

charges posted by Defendant Au Bon Pain in
Plaintiff's account as alleged by the Bank to
Plaintiff herein.

* Plaintiff incorporates this Document in this action
  as well as to support Thereof.

ACP



# **Bank**

America's Most Convenient Bank®          7          STATEMENT OF ACCOUNT

ANTON C PURISIMA
300 BLOOMFIELD ST
HOBOKEN NJ 07030

Page:                           1 of 3
Statement Period:      Dec 18 2012-Jan 17 2013
Cust Ref #:               4268713067-622-7-###
Primary Account #:             426-8713067

## TD Simple Checking
ANTON C PURISIMA                                                    Account # 426-8713067

## YOUR WALLET WOULD SMILE, IF IT COULD.
INTRODUCING OUR NEW TD VISA SIGNATURE REWARDS CREDIT CARDS. CHOOSE TO EARN REWARD POINTS OR
CASH BACK - PLUS GET DOZENS OF VISA SIGNATURE PERKS AND DISCOUNTS. APPLY TODAY AT YOUR LOCAL TD
BANK. CALL 1-888-561-0608 OR VISIT WWW.TDBANK.COM/SMILE.

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | Average Collected Balance |
| Deposits | Annual Percentage Yield Earned          0.00% |
| | Days in Period                                31 |
| Electronic Payments | |
| Other Withdrawals | |
| Service Charges | |
| Ending Balance | |

| | Total for This Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $20.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | DEPOSIT | |
| | DEPOSIT | |
| | Subtotal: | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | DEBIT CARD PURCHASE, *****45037774417, AUT 122612 VISA DDA PUR | 38.00 |
| | GREYHOUND KIOSK 0549    NEW YORK    * NY | |
| 12/27 | DEBIT CARD PURCHASE, *****45037774417, AUT 122712 VISA DDA PUR | 2.38 |
| | LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | |
| 1/7 | DEBIT CARD PURCHASE, *****45037774417, AUT 010713 VISA DDA PUR | 2.22 |
| | PACIFIC SUPERMARKET  EL  ELMHURST    * NY | |
| 1/14 | DEBIT CARD PURCHASE, *****45037774417, AUT 011413 VISA DDA PUR | 2.38 |
| | LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | |
| 1/14 | DEBIT POS, *****45037774417, AUT 011413 DDA PURCHASE | 0.45 |
| | USPS 3596280028    NEW YORK    * NY | |
| 1/14 | DEBIT POS, *****45037774417, AUT 011413 DDA PURCHASE | 0.45 |
| | USPS 3596280028    NEW YORK    * NY | |
| 1/15 | DEBIT POS, *****45037774417, AUT 011513 DDA PURCHASE | 3.15 |
| | USPS 3596570057    NEW YORK    * NY | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

9



**Bank**

America's Most Convenient Bank®                    7        STATEMENT OF ACCOUNT

ANTON C PURISIMA
300 BLOOMFIELD ST
HOBOKEN NJ 07030

| | | |
|---|---|---|
| Page: | | 1 of 4 |
| Statement Period: | | Mar 18 2013-Apr 17 2013 |
| Cust Ref #: | | 4268713067-622-7-### |
| Primary Account #: | | 426-8713067 |

## TD Simple Checking
ANTON C PURISIMA                                          Account # 426-8713067

### REMODELING? REFINANCING? RELOCATING?
WHETHER YOU'RE LOOKING TO MOVE, REFINANCE, CONSOLIDATE DEBT OR TACKLE A RENOVATION PROJECT, TD BANK IS YOUR HOME LENDING CENTER! WE HAVE A LOAN FOR WHATEVER'S ON YOUR TO-DO LIST. STOP BY ANY TD BANK OR CALL 1-800-822-6761 TODAY AND ASK ABOUT OUR LOW RATES ON MORTGAGES AND HOME EQUITY LINES OF CREDIT. (LOANS SUBJECT TO CREDIT APPROVAL.)

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | Average Collected Balance | |
| Deposits | Annual Percentage Yield Earned | 0.00% |
| | Days in Period | 31 |
| Electronic Payments | | |
| Other Withdrawals | | |
| Service Charges | | |
| Ending Balance | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/26 | DEPOSIT | |
| 3/28 | DEPOSIT | |
| 4/8 | DEPOSIT | |
| | Subtotal: | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/18 | DEBIT CARD PURCHASE, *****45037774417, AUT 031813 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 3/20 | DEBIT CARD PURCHASE, *****45037774417, AUT 032013 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 3/21 | DEBIT POS, *****45037774417, AUT 032113 DDA PURCHASE MTA VENDING MACHINES    718 330 1234 * NY | 2.75 |
| 3/25 | DEBIT CARD PURCHASE, *****45037774417, AUT 032513 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 3/28 | DEBIT POS, *****45037774417, AUT 032813 DDA PURCHASE MTA VENDING MACHINES    718 330 1234 * NY | 2.25 |
| 3/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 032913 VISA DDA PUR JACKS 99  32ND STREET    NEW YORK    * NY | 2.44 |
| 3/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 032913 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.28 |
| 3/29 | DEBIT POS, *****45037774417, AUT 032913 DDA PURCHASE CVS 02457    NEW YORK    * NY | 1.13 |
| 4/1 | DEBIT POS, *****45037774417, AUT 040113 DDA PURCHASE BIG APPLE MEAT MARKET    NEW YORK    * NY | 13.63 |


# **Bank**
America's Most Convenient Bank®

7          STATEMENT OF ACCOUNT

ANTON C PURISIMA
300 BLOOMFIELD ST
HOBOKEN NJ 07030

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jan 18 2013-Feb 17 2013 |
| Cust Ref #: | 4268713067-622-7-### |
| Primary Account #: | 426-8713067 |

## TD Simple Checking
ANTON C PURISIMA

Account # 426-8713067

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | | Average Collected Balance | |
| Deposits | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Electronic Payments | | | |
| Service Charges | | | |
| Ending Balance | | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/23 | DEPOSIT | |
| 2/11 | DEPOSIT | |
| | Subtotal: | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/22 | DEBIT CARD PURCHASE, *****45037774417, AUT 012213 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/22 | DEBIT CARD PURCHASE, *****45037774417, AUT 012213 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/22 | DEBIT CARD PURCHASE, *****45037774417, AUT 012213 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/23 | DEBIT CARD PURCHASE, *****45037774417, AUT 012313 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/23 | DEBIT CARD PURCHASE, *****45037774417, AUT 012313 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/24 | DEBIT CARD PURCHASE, *****45037774417, AUT 012413 VISA DDA PUR HOT AND CRUSTY    NEW YORK    * NY | 3.45 |
| 1/24 | DEBIT CARD PURCHASE, *****45037774417, AUT 012413 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/25 | DEBIT CARD PURCHASE, *****45037774417, AUT 012513 VISA DDA PUR STAPLES    00115741    NEW YORK    * NY | 8.48 |
| 1/25 | DEBIT CARD PURCHASE, *****45037774417, AUT 012513 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 012813 VISA DDA PUR PATHTVM 33RD STREET    800 234 7284 * NY | 17.00 |
| 1/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 012813 VISA DDA PUR JACKS 99 32ND STREET    NEW YORK    * NY | 6.51 |
| 1/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 012813 VISA DDA PUR JACKS 99 32ND STREET    NEW YORK    * NY | 5.61 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANTON C PURISIMA

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Jan 18 2013-Feb 17 2013 |
| Cust Ref #: | -1268713067-622-7-### |
| Primary Account #: | 426-8713067 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 012813 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 3.89 |
| 1/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 012813 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/28 | DEBIT POS, *****45037774417, AUT 012813 DDA PURCHASE CVS 02457        NEW YORK    * NY | 1.63 |
| 1/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 012913 VISA DDA PUR JACKS 99  32ND STREET   NEW YORK    * NY | 4.92 |
| 1/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 012913 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 3.79 |
| 1/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 012913 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/29 | DEBIT CARD PURCHASE, *****45037774417, AUT 012913 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 1/29 | DEBIT POS, *****45037774417, AUT 012913 DDA PURCHASE USPS 3596280028      NEW YORK    * NY | 1.12 |
| 2/1 | DEBIT CARD PURCHASE, *****45037774417, AUT 020113 VISA DDA PUR JACKS 99  32ND STREET   NEW YORK    * NY | 2.28 |
| 2/4 | DEBIT CARD PURCHASE, *****45037774417, AUT 020413 VISA DDA PUR                NEW YORK    * NY | 2.06 |
| 2/12 | DEBIT POS, *****45037774417, AUT 021213 DDA PURCHASE USPS 3596570057      NEW YORK    * NY | 0.58 |
| 2/13 | DEBIT CARD PURCHASE, *****45037774417, AUT 021313 VISA DDA PUR JACKS 99  32ND STREET   NEW YORK    * NY | 5.46 |
| 2/14 | DEBIT CARD PURCHASE, *****45037774417, AUT 021413 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 1.40 |
| 2/15 | DEBIT CARD PURCHASE, *****45037774417, AUT 021513 VISA DDA PUR LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 1.40 |
| | Subtotal: | |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/15 | MAINTENANCE FEE | 3.99 |
| | Subtotal: | 3.99 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 1/17 | | 1/29 | |
| 1/22 | | 2/1 | |
| 1/23 | | 2/4 | |
| 1/24 | | 2/11 | |
| 1/25 | | 2/12 | |
| 1/28 | | 2/13 | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANTON C PURISIMA

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 18 2013-Mar 17 2013 |
| Cust Ref #: | 4268713067-622-7-### |
| Primary Account #: | 426-8713067 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/25 | DEBIT CARD PURCHASE, *****45037774417, AUT 022513 VISA DDA PUR<br>PENN STAT AUBONPAIN 21    NEW YORK    * NY | 1.40 |
| 2/25 | DEBIT POS, *****45037774417, AUT 022513 DDA PURCHASE<br>USPS 3508780354      BROOKLYN    * NY | 0.58 |
| 2/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 022813 VISA DDA PUR<br>GREYHOUND KIOSK 0549    NEW YORK    * NY | 38.00 |
| 2/28 | DEBIT CARD PURCHASE, *****45037774417, AUT 022813 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 2/28 | DEBIT POS, *****45037774417, AUT 022813 DDA PURCHASE<br>USPS 3303000401      ATLANTIC CITY * NJ | 0.92 |
| 2/28 | DEBIT POS. *****45037774417, AUT 022813 DDA PURCHASE<br>USPS 3303000401      ATLANTIC CITY * NJ | 0.58 |
| 3/1 | DEBIT CARD PURCHASE, *****45037774417, AUT 030113 VISA DDA PUR<br>THE UPS STORE 6066      ATLANTIC CITY * NJ | 0.97 |
| 3/4 | DEBIT POS, *****45037774417, AUT 030413 DDA PURCHASE<br>MTA VENDING MACHINES    718 330 1234 * NY | 2.25 |
| 3/5 | DEBIT POS, *****45037774417, AUT 030513 DDA PURCHASE<br>CVS 07019        NEW YORK    * NY | 1.13 |
| 3/6 | DEBIT POS, *****45037774417, AUT 030613 DDA PURCHASE<br>USPS 3596570057      NEW YORK    * NY | 0.78 |
| 3/7 | DEBIT CARD PURCHASE, *****45037774417, AUT 030713 VISA DDA PUR<br>JACKS 99 32ND STREET    NEW YORK    * NY | 3.06 |
| 3/7 | DEBIT CARD PURCHASE, *****45037774417, AUT 030713 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.28 |
| 3/8 | DEBIT CARD PURCHASE, *****45037774417, AUT 030813 VISA DDA PUR<br>JACKS 99 32ND STREET    NEW YORK    * NY | 0.99 |
| 3/11 | DEBIT CARD PURCHASE, *****45037774417, AUT 031113 VISA DDA PUR<br>JACKS 99 32ND STREET    NEW YORK    * NY | 2.44 |
| 3/12 | DEBIT CARD PURCHASE, *****45037774417, AUT 031213 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 3.89 |
| 3/12 | DEBIT POS, | |
| 3/12 | DEBIT POS, | |
| 3/12 | DEBIT CARD PURCHASE, *****45037774417, AUT 031213 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |
| 3/12 | DEBIT POS, *****45037774417, AUT 031213 DDA PURCHASE<br>USPS 3508780354      BROOKLYN    * NY | 0.80 |
| 3/13 | DEBIT CARD PURCHASE, *****45037774417, AUT 031313 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A    NEW YORK    * NY | 2.38 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank

**America's Most Convenient Bank®**          7          STATEMENT OF ACCOUNT

ANTON C PURISIMA
300 BLOOMFIELD ST
HOBOKEN NJ 07030

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 18 2013-Mar 17 2013 |
| Cust Ref #: | 4268713067-622-7-### |
| Primary Account #: | 426-8713067 |

## CONVENIENCE IS A CLICK AWAY.

GET MORE SECURITY, MORE ACCESS TO YOUR STATEMENTS AND LESS CLUTTER WHEN YOU CLICK TO "GO
PAPERLESS." NOW YOU CAN VIEW ALL OF YOUR STATEMENTS ISSUED ON OR AFTER APRIL 2010 FROM YOUR
ONLINE BANKING ACCOUNT. REVIEW AND SAVE THESE STATEMENTS ANYTIME. AND, GET E-MAIL ALERTS WHEN
YOUR NEW STATEMENT IS POSTED. TO LEARN MORE, VISIT WWW.TDBANK.COM/GO-ONLINE.

## TD Simple Checking
ANTON C PURISIMA                                        Account # 426-8713067

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | | Average Collected Balance | |
| Deposits | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Electronic Payments | | | |
| Other Withdrawals | | | |
| Service Charges | | | |
| Ending Balance | | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/25 | DEPOSIT | |
| 2/26 | DEPOSIT | |
| 3/11 | DEPOSIT | |
| | Subtotal: | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/19 | DEBIT CARD PURCHASE, *****45037774417, AUT 021913 VISA DDA PUR JACKS 99  32ND STREET     NEW YORK     * NY | 2.78 |
| 2/19 | DEBIT CARD PURCHASE, *****45037774417, AUT 021913 VISA DDA PUR LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 1.40 |
| 2/19 | DEBIT CARD PURCHASE, *****45037774417, AUT 021913 VISA DDA PUR LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 1.40 |
| 2/19 | DEBIT CARD PURCHASE, *****45037774417, AUT 021913 VISA DDA PUR LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 1.40 |
| 2/19 | DEBIT POS, *****45037774417, AUT 021913 DDA PURCHASE USPS 3596280028     NEW YORK     * NY | 0.69 |
| 2/25 | | |
| 2/25 | DEBIT POS, | |
| 2/25 | DEBIT POS, **** | |
| 2/25 | DEBIT POS, **** | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANTON C PURISIMA

Page:                                                3 of 4
Statement Period:          Mar 18 2013-Apr 17 2013
Cust Ref #:                   4268713067-622-7-###
Primary Account #:                      426-8713067

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/1 | DEBIT POS, | |
| 4/1 | DEBIT POS, *****45037774417, AUT 040113 DDA PURCHASE<br>MI TIERRA 81 02 NO     JACKSON HEIGH * NY | 2.33 |
| 4/1 | DEBIT CARD PURCHASE, *****45037774417, AUT 040113 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 2.28 |
| 4/1 | DEBIT CARD PURCHASE, *****45037774417, AUT 040113 VISA DDA PUR<br>JACKS 99  32ND STREET     NEW YORK     * NY | 1.45 |
| 4/1 | DEBIT POS, *****45037774417, AUT 040113 DDA PURCHASE<br>CVS 02457        NEW YORK     * NY | 1.13 |
| 4/2 | DEBIT POS, *****45037774417, AUT 040213 DDA PURCHASE<br>BIG APPLE MEAT MARKET     NEW YORK     * NY | 6.07 |
| 4/2 | DEBIT CARD PURCHASE, *****45037774417, AUT 040213 VISA DDA PUR<br>CVS PHARMACY  2457 Q03     NEW YORK     * NY | 4.12 |
| 4/3 | DEBIT CARD PURCHASE, *****45037774417, AUT 040313 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 2.38 |
| 4/4 | DEBIT CARD PURCHASE, *****45037774417, AUT 040413 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A     NEW YORK     * NY<br>DEBIT POS. | 2.38 |
| 4/8 | DEBIT CARD PURCHASE, *****45037774417, AUT 040813 VISA DDA PUR<br>JACKS 99  32ND STREET     NEW YORK     * NY | 2.07 |
| 4/8 | DEBIT POS, *****45037774417, AUT 040813 DDA PURCHASE<br>CVS 02457        NEW YORK     * NY | 1.13 |
| 4/10 | DEBIT POS, *****45037774417, AUT 041013 DDA PURCHASE<br>MTA VENDING MACHINES     BROOKLYN     * NY | 2.50 |
| 4/10 | DEBIT CARD PURCHASE, *****45037774417, AUT 041013 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 2.38 |
| 4/10 | DEBIT CARD PURCHASE, *****45037774417, AUT 041013 VISA DDA PUR<br>JACKS 99  32ND STREET     NEW YORK     * NY | 2.16 |
| 4/11 | DEBIT CARD PURCHASE, *****45037774417, AUT 041113 VISA DDA PUR<br>LAGUARDIAAUBONPAIN722A     NEW YORK     * NY | 2.38 |

Subtotal:

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/21 | DEBIT | |

Subtotal:

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/17 | MAINTENANCE FEE | 3.99 |

Subtotal:          3.99

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANTON C PURISIMA

Page:                                    3 of 3
Statement Period:        Jun 18 2013-Jul 17 2013
Cust Ref #:              4268713067-622-7-###
Primary Account #:             426-8713067

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 6/17 |         | 7/12 |         |
| 6/19 |         | 7/15 |         |
| 7/10 |         | 7/17 |         |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

7        STATEMENT OF ACCOUNT

ANTON C PURISIMA
300 BLOOMFIELD ST
HOBOKEN NJ 07030

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jun 18 2013-Jul 17 2013 |
| Cust Ref #: | 1268713067-622-7-### |
| Primary Account #: | 426-8713067 |

## TD Simple Checking

ANTON C PURISIMA                                    Account # 426-8713067

### BETTER BILL PAY IS HERE!

PAYING BILLS IS NOW EASIER AND MORE CONVENIENT WITH OUR NEW BILL PAY FEATURES. AND, IT'S STILL FREE! ENJOY MORE CONTROL AND FLEXIBILITY OVER PAYMENT DATES. MAKE NEXT-DAY PAYMENTS UP UNTIL 9:59PM (ET) AND GET E-BILLS POSTED RIGHT IN YOUR BILL PAY ACCOUNT. LOG IN OR SIGN UP TODAY AT WWW.TDBANK.COM/BILLPAY.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2.24 | Average Collected Balance | 3.51 |
| Deposits | 20.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 14.72 | | |
| Service Charges | 5.99 | | |
| Ending Balance | 1.53 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/10 | DEPOSIT | |
| | Subtotal: | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/19 | DEBIT CARD PURCHASE, *****45059885364, AUT 061913 VISA DDA PUR LAGUARDIAAUBONPAIN722A   NEW YORK   * NY | 2.38 |
| | DEBIT POS, | |
| | DEBIT POS, | |
| 7/12 | DEBIT POS, *****45059885364, AUT 071213 DDA PURCHASE USPS 3508780354   BROOKLYN   * NY | 0.20 |
| 7/15 | DEBIT CARD PURCHASE, *****45059885364, AUT 071513 VISA DDA PUR KFC 636   BROOKLYN   * NY | 3.58 |
| 7/15 | DEBIT CARD PURCHASE, *****45059885364, AUT 071513 VISA DDA PUR JACKS 99 32ND STREET   NEW YORK   * NY | 3.56 |
| | Subtotal: | |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/17 | MAINTENANCE FEE | 5.99 |
| | Subtotal: | 5.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N A | Equal Housing Lender

EXHIBIT "TEN"

* The same day treatment to Plaintiff's Dog-Bite wound, after he was bitten by that Dog-infested with rabies, pursuant to information and belief, therefore, alleged herein by Plaintiff.

ACP

ST. LUKES, E.R.

10/09/2013, 21:40

* Plaintiff incorporates this document to every page in this action and to support thereof.

ACP

# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
## 212-523-3335

### Take-Home Instructions for the Patient

Patient's Name: Purisima, Anton                     Date: 10/09/13 22:08:54
Medical Record Number: 200004713603                 Date of Service: 10/09/2013 21:36
Diagnosis:
Emergency Attending Physician: MD CHRISTOPHER REVERTE
Emergency Resident Physician:
Emergency Physician's Assistant:
Emergency Primary Nurse: SIOBHAN DUFFY GIRA, RN
Primary Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC - PMD

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical service. A follow-up doctor or facility is named below. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. For patients receiving imaging studies, (e.g. x-rays), please be advised that all study interpretations are preliminary and are followed by a review and final report. If there is a significant change in interpretation you will be notified.

Referral/Appointment:
  Refer Patient To:: * Fast Track (no appointment necessary)
  PMD/Clinic not in list: PMD
  Phone Number: DO NOT CALL
  Follow-up in: 3 days

Call to arrange an appointment _immediately_, to ensure you get an appointment for follow-up care within the indicated time frame. If for any reason the doctor you have been referred to cannot see you for a follow-up appointment, you can obtain additional referrals at 1-877-463-6362.

When you call for an appointment, say that you were referred from this Emergency Department.

If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

### PLEASE TAKE THIS WITH YOU WHEN YOU SEE DOCTOR LISTED ABOVE

**************************************************************

If you smoke, you are encouraged to quit in order to live longer, feel better, and heal faster. Quitting will lower your chance of heart attack, stroke, or cancer. The people you live with, especially children, will be healthier. Please contact the following numbers for additional information:

At St. Luke's: (212) 523-4410            At Roosevelt: (212) 523-6056

**********************************************
### FINANCIAL ASSISTANCE

**If you are uninsured and unable to pay your hospital bill, you may qualify for Financial**

# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Return to ER for completion of rabies vaccine in 3 days, 7 days and 14 days from now;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NEURO ANTIVERT:

You have been given a prescription for a medication called meclizine (Antivert).

· This medication is used to treat dizziness and vertigo.
· Take this medication as directed.
· DO NOT drink alcoholic beverages while taking this medicine.
· If you become dizzy, sit or lie down at the first signs.  You should be careful going up and down stairs.
· DO NOT take it if you are pregnant or planning to get pregnant.
· Keep this medication out of the reach of children.  Always keep this medication in child-proof containers.  DO NOT give your medication to anyone else.

You have been given a medication, or a prescription for a medication, that causes drowsiness or lightheadedness.  DO NOT drive a car, operate machinery, or perform jobs that require you to be alert until you know how you are going to react to this medicine.

THESE INSTRUCTIONS ARE NOT COMPREHENSIVE (complete):  Ask your pharmacist for additional information and precautions for this medication.