# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

PAIN NSAID:
You have been given a medication that is considered a non-steroidal anti-inflammatory drug, or NSAID.

· Some common NSAIDS include:  Ibuprofen (Advil, Motrin), Naproxen (Naprosyn, Aleve), Celecoxib (Celebrex), and Rofecoxib (Vioxx).  There are many others!
· This medication is often used to relieve pain, reduce fever, and reduce inflammation.
· These are common medications; some are over-the-counter and others require a prescription from your doctor.
· DO NOT take this medication if you  have stomach ulcers or are sensitive / allergic to it.
· DO NOT take this medication if you are taking other over-the-counter non-steroidal anti-inflammatory drugs.  Never take more of the medication than prescribed.  Overdosing of medication may cause damage to your kidneys.
· If you have side-effects that you think are caused by this medicine, tell your doctor.  If you develop stomach pain, vomit blood, or have bowel movements that become black and tarry, discontinue the medication and notify your physician immediately.
· This medication may upset your stomach.  Always take medication with milk or meals.
Keep this medication out of the reach of children.  Always keep this medication in child-proof containers.  DO NOT give your medication to anyone else.

THESE INSTRUCTIONS ARE NOT COMPREHENSIVE (complete):  Ask your pharmacist for additional information and precautions for this medication.

## St. Lukes Emergency Department
### 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

ANTIBIOTIC PCN AUGMENTIN:
You have been given a an antibiotic in the penicillin class.  It treats many kinds of infections including those of the skin, respiratory tract, sinuses, ear, dental and urinary tract.


· DO NOT take this medication if you have an allergy to penicillins or clavulanate or have experienced an unusual allergic reaction to cefaclor, other cephalosporin antibiotics, penicillin, penicillamine, other foods, dyes or preservatives.
· Keep this medication out of the reach of children.  Always keep this medication in child-proof containers.  DO NOT give your medication to anyone else.
If you develop the following side-effects, you should report them to your doctor as soon as possible and immediately STOP taking the medication:


· Difficulty breathing, wheezing, dizziness, fever or chills, hoarseness or throat swelling, reduced amount of urine, seizures, severe watery or bloody diarrhea, skin rash or itching.
· Stomach pain or cramps, swollen joints, unusual bleeding or bruising, weakness.
IT IS VERY IMPORTANT that you finish all the medication in this prescription, since the medicine is used to treat an ongoing infection in your body.


THESE INSTRUCTIONS ARE NOT COMPREHENSIVE (complete):  Ask your pharmacist for additional information and precautions for this medication.

# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

ANIMAL BITE, RABIES-PRONE:
You have been bitten by, or exposed to, an animal that carries a risk of spreading rabies.

Rabies is a deadly viral infection that causes fever, confusion, and death. Fortunately, it is very rare in the United States. Wild Animals accounted for 93% of reported cases of rabies in 2001. Raccoons continued to be the most frequently reported rabid wildlife species (37.2% of all animal cases during 2001), followed by skunks (30.7%), bats (17.2%), foxes (5.9%), and other wild animals, including rodents and lagomorphs (rabbits and hares) (0.7%).   While uncommon, it can also be transmitted by dogs and cats.

Symptoms of rabies include pain or numbness at the bite site, headache, fever, nausea and vomiting, anxiety, agitation, confusion, and problems swallowing.

There is no effective treatment once rabies develops. People who are bitten by animals that can transmit rabies need to be vaccinated, according to the guidelines published by the Centers for Disease Control (CDC). This includes shots the day you sought treatment, as well as returning for vaccinations on days 3, 7, and 14 (which is 3 additional shots). Because untreated rabies is 100% fatal, it is extremely important that you return for the remaining shots. YOU MUST COMPLETE ALL OF THE SHOTS IN ORDER TO BE PROTECTED FROM DEVELOPING RABIES!

The shots that you received today are the first in a series of shots. You must complete the series in order to prevent the development of rabies. It is your responsibility to return for the scheduled series of shots in 3, 7, and 14 days from today.  If you have a medical condition associated with a weakened immune system like HIV, you will require a 5th rabies shot 28 days from today in addition.

Keep your wound clean and dry. Wash it twice a day with soap and water. Apply an antibiotic cream (Neosporin or Polysporin) to the wound after you wash it. Cover it with a clean, dry bandage after each washing.

You have been started on antibiotics. Take them as directed. Even if your bite wound does not appear to be infected or clears before the antibiotics are gone, continue the prescription for the entire course. Watch your wound very closely for signs of worsening infection.

Wild animals should be captured and turned over to local health department authorities.  DO NOT attempt to capture the animal yourself! Call your local Animal Control authorities. A test can be performed on the animal to determine if it is infected with the rabies virus.

Since the incubation period (time until symptoms develop) for rabies is long, if the animal is a dog or cat, it can be observed for abnormal behavior. If the animal is dead, they will have the animal's brain tested for the rabies virus.

Follow-up is EXTREMELY IMPORTANT for repeat vaccination 3, 7, and 14,days from today. Today is day 0,  so day 3 is actually 4 days from today.  For example if today is Monday day 3 is Thursday

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

· Unusual redness or swelling.

# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
## 212-523-3335

· Red streaks starting up the arm or leg.
· Foul drainage or odor from the wound.
· Pain with movement of the extremity and / or swollen lymph glands (nodules found along the neck, groin and armpits).
· Fever, chills, increasing pain and / or swelling.

# St. Lukes Emergency Department

### 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

ANIMAL BITE, RABIES-PRONE:
You have been bitten by, or exposed to, an animal that carries a risk of spreading rabies.

Rabies is a deadly viral infection that causes fever, confusion, and death. Fortunately, it is very rare in the United States. Wild Animals accounted for 93% of reported cases of rabies in 2001. Raccoons continued to be the most frequently reported rabid wildlife species (37.2% of all animal cases during 2001), followed by skunks (30.7%), bats (17.2%), foxes (5.9%), and other wild animals, including rodents and lagomorphs (rabbits and hares) (0.7%).   While uncommon, it can also be transmitted by dogs and cats.

Symptoms of rabies include pain or numbness at the bite site, headache, fever, nausea and vomiting, anxiety, agitation, confusion, and problems swallowing.

There is no effective treatment once rabies develops. People who are bitten by animals that can transmit rabies need to be vaccinated, according to the guidelines published by the Centers for Disease Control (CDC). This includes shots the day you sought treatment, as well as returning for vaccinations on days 3, 7, and 14 (which is 3 additional shots). Because untreated rabies is 100% fatal, it is extremely important that you return for the remaining shots. YOU MUST COMPLETE ALL OF THE SHOTS IN ORDER TO BE PROTECTED FROM DEVELOPING RABIES!

The shots that you received today are the first in a series of shots. You must complete the series in order to prevent the development of rabies. It is your responsibility to return for the scheduled series of shots in 3, 7, and 14 days from today.  If you have a medical condition associated with a weakened immune system like HIV, you will require a 5th rabies shot 28 days from today in addition.

Keep your wound clean and dry. Wash it twice a day with soap and water. Apply an antibiotic cream (Neosporin or Polysporin) to the wound after you wash it. Cover it with a clean, dry bandage after each washing.

You have been started on antibiotics. Take them as directed. Even if your bite wound does not appear to be infected or clears before the antibiotics are gone, continue the prescription for the entire course. Watch your wound very closely for signs of worsening infection.

Wild animals should be captured and turned over to local health department authorities.  DO NOT attempt to capture the animal yourself!  Call your local Animal Control authorities. A test can be performed on the animal to determine if it is infected with the rabies virus.

Since the incubation period (time until symptoms develop) for rabies is long, if the animal is a dog or cat, it can be observed for abnormal behavior. If the animal is dead, they will have the animal's brain tested for the rabies virus.

Follow-up is EXTREMELY IMPORTANT for repeat vaccination 3, 7, and 14, days from today. Today is day 0, so day 3 is actually 4 days from today.  For example if today is Monday day 3 is Thursday

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

· Unusual redness or swelling.

# St. Lukes Emergency Department
## 1111 Amsterdam Avenue NY, NY 10025
## 212-523-3335

HYPERTENSION:
You have been diagnosed with elevated blood pressure (>140/90).

The medical term for high blood pressure is hypertension. Many people feel anxious or uncomfortable about being at the hospital. If you feel anxious today, this could make your blood pressure appear high, even if your blood pressure is usually normal. Check your blood pressure several more times when you are not feeling stress. Keep a record of these readings and give this information to your regular doctor.  He or she will decide whether you have hypertension that requires medical treatment.

You should call your physician this week to schedule an appointment to recheck your blood pressure. If you do not have a primary care physician please call 1-800-420-4004 Monday through Friday 9:00AM to 5:00PM for a referral.

If your blood pressure becomes extremely high all of a sudden, you will probably notice symptoms. In fact, very high blood pressure is a medical emergency. Most people with hypertension have blood pressure that is only a little too high. Mild high blood pressure does not cause specific symptoms. Instead, the effects of hypertension develop slowly over time. Untreated hypertension can affect the heart, brain, kidneys, eyes, and blood vessels. Unfortunately, by the time side-effects become noticeable, the body has already been damaged.  This is why hypertension is called "the silent killer"!

It is important to follow up with your regular doctor.  Check your blood pressure several times in the next 1-2 weeks and tell your doctor about the results.  It may be helpful to keep a log or a journal where you can write down your blood pressures, noting the time of day and the activity you were doing when the reading was taken.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

· Headache.
· Chest pain.
· Shortness of breath or problems breathing.
· Weakness, especially on only one side of the body.
· Any other worsening symptoms or concerns.

## EmSTAT Report of Home Medications, Medications Given and Medications Prescribed

**St. Lukes**
1111 Amsterdam Avenue
NY, NY 10025

**Emergency Department**       212-523-3335

| | |
|---|---|
| Name: Purisima, Anton | Sex: M |
| MR #: 200004713603 | Account #: 000485977243 |
| DOB: 15-Dec-1951 | Age: 61      Weight: |
| Chief Complaint: **Dog Bite** | |
| Prim Diagnosis: | |
| ED Physician: **REVERTE, CHRISTOPHER** - Emergency Medicine | |
| PCP: * YOUR PRIVATE PHYSICIAN/CLINIC | |

**Our records indicate that at the time of discharge you are taking these medications. Please share this list with the physician providing your follow-up care**

**Allergies:**
   NKDA

## Home Medications

   Recorded by CHRISTOPHER REVERTE, MD - 10/09/2013 21:40

| Medication/Route/Dose/Frequency | Last Dose | Disposition | PCP Contacted |
|---|---|---|---|
| Meclizine oral | _____ | Continue/Stop | No |
|    Comment: | | | |
| Ibuprofen oral | _____ | Continue/Stop | No |
|    Comment: | | | |
| Tylenol oral | _____ | Continue/Stop | No |
|    Comment: | | | |

## Medications Given in ED

No Medications Given

## Medications Prescribed by ED Physician

| Medication Name/Dose/Route | Time Prescribed | Prescribed By |
|---|---|---|
| Augmentin 875 mg-125 mg Tab<br>   Sig: one tablet PO bid<br>   Dispense: Fourteen (14) | 10/09/2013 21:57 | CHRISTOPHER REVERTE, MD |
| Meclizine 25 mg Chewable Tab<br>   Sig: 1 po TID prn, vertigo (spinning sensation<br>   Dispense: *15* | 10/09/2013 21:57 | CHRISTOPHER REVERTE, MD |
| Ibuprofen 400 mg Tab<br>   Sig: 1 q 6 hr prn<br>   Dispense: 30 | 10/09/2013 21:57 | CHRISTOPHER REVERTE, MD |

Verified By: _____       PCP / EDMD (circle one)       Date/Time: _____

# St. Lukes Emergency Department

### 1111 Amsterdam Avenue NY, NY 10025
### 212-523-3335

Assistance.  Please call 212-523-3900 and speak with a Financial Counselor for more information.
Information about the Financial Assistance Program is also available on our website:
www.wehealny.com <http://www.wehealny.com>

EXHIBIT "ELEVEN"

* Walgreens 's
* "your personal Prescription Information,"
  for: Anton Purisima, Plaintiff's medications:
                1. AMOX-CLAV  875 MG  TABLETS
ACP                              or other replacements
(or "other pain medications") Quantity: 14
Refill on going → 2. IBUPROFEN  400 MG  TABLETS
old and                  Quantity: 30
Refill on going → 3. MECLIZINE   25 MG  RX TABLET
                         Quantity: 15

* Prescribed By: DR. C. REVERTE
    * Started on OCT. 09, 2013 — AMOX-CLAV 875 MG

* Plaintiff incorporates this document to every page
  in this action and to support thereof.

                              ACP

POWERED BY



# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Duane Reade Pharmacy Location**
2864 Broadway
New York, NY 10025
(212)316-5113



| | | | |
|---|---|---|---|
| **PATIENT** | ANTON PURISIMA | **DOCTOR** | DR C. REVERTE |
| **BIRTH DATE** | 12/15/51 | | |
| **MEDICATION** | AMOX-CLAV 875MG TABLETS | | |
| **QUANTITY** | 14 | **PATIENT ALLERGIES** | |
| **DIRECTIONS** | TAKE 1 TABLET BY MOUTH TWICE DAILY | | |

**DRUG DESCRIPTION**

WHITE
FRONT: GG  N7

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA 1088.

**INGREDIENT NAME:** AMOXICILLIN (a-MOX-i-SIL-in) and CLAVULANATE (KLAV-ue-la-nate)

**COMMON USES:** This medicine is a penicillin antibiotic used to treat infections caused by certain bacteria.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking a tetracycline antibiotic (eg, doxycycline). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants (eg, warfarin), chloramphenicol, hormonal birth control (eg, birth control pills), macrolide antibiotics (eg, erythromycin), methotrexate, probenecid, or sulfonamides (eg, sulfamethoxazole). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including kidney problems, gonorrhea, allergies, pregnancy, or breast-feeding. Tell your doctor if you have a history of asthma, hay fever, hives, or liver problems or yellowing of the eyes or skin. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have infectious mononucleosis (mono). USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of liver problems or yellowing of the eyes or skin caused by this medicine. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. Take this medicine by mouth at the start of a meal to decrease the chance of stomach upset. STORE THIS MEDICINE at or below 77 degrees F (25 degrees C). Store away from heat, moisture, and light. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. BE SURE TO USE THIS MEDICINE FOR THE FULL COURSE OF TREATMENT. If you do not, the medicine may not clear up your infection completely. The bacteria could also become less sensitive to this or other medicines. This could make the infection harder to treat in the future. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to any ingredient in this product, or to another penicillin antibiotic (eg, ampicillin). BEFORE TAKING THIS MEDICINE, check with your doctor if you have had an allergic reaction to a cephalosporin antibiotic (eg, cephalexin) or another beta-lactam antibiotic (eg, imipenem). If you have a question about whether you are allergic to this medicine, or if a medicine is a penicillin, cephalosporin, or beta-lactam antibiotic, contact your doctor or pharmacist. LABORATORY AND/OR MEDICAL TESTS may be performed to monitor your progress or to check for side effects. Keep all doctor and laboratory appointments, while you are taking this medicine. THIS MEDICINE MAY CAUSE DIZZINESS. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. Using this medicine alone, along with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. MILD DIARRHEA IS COMMON WITH ANTIBIOTIC USE. However, a more serious form of diarrhea (pseudomembranous colitis) may rarely occur. This may develop while you use the antibiotic or within several months after you stop using it. Contact your doctor right away if stomach pain or cramps, severe diarrhea, or bloody stools occur. Do not treat diarrhea without first checking with your doctor. BROWN, YELLOW, OR GRAY TOOTH DISCOLORATION has occurred rarely in some patients taking this medicine. It occurred most often in children. The discoloration was reduced or removed by brushing or dental cleaning in most cases. Contact your doctor if you experience this effect. DO NOT RECEIVE A LIVE VACCINE (eg, typhoid) while you are taking this medicine. Talk with your doctor before you receive any vaccine. THIS MEDICINE ONLY WORKS against bacteria; it does not treat viral infections (eg, the common cold). Long-term or repeated use of this medicine may cause a second infection. Tell your doctor if signs of a second infection occur. Your medicine may need to be changed to treat this. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: HORMONAL BIRTH CONTROL (eg, birth control pills) may not work as well while you are using this medicine. To prevent pregnancy, use an extra form of birth control (eg, condoms). IF YOU BECOME PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby. DIABETES PATIENTS: This medicine

may cause false test results with some urine glucose tests. Check with your doctor before you adjust the dose of your diabetes medicine or change your diet.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include diarrhea, nausea, or vomiting. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience behavior changes; bloody stools; confusion; dark urine; fever, chills, or persistent sore throat; red, swollen, blistered, or peeling skin; seizures; severe or persistent diarrhea; severe stomach pain or cramps; unusual bruising or bleeding; unusual tiredness or weakness; vaginal discharge or irritation; white patches in the mouth or on the tongue; or yellowing of the skin or eyes. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms may include decreased urination; severe nausea, vomiting, or diarrhea; stomach pain; or unusual drowsiness.

**ADDITIONAL INFORMATION:** If your symptoms do not improve or if they become worse, contact your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Do not flush unused medications or pour down a sink or drain.

W/C# 957300

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

# YOUR PERSONAL PRESCRIPTION INFORMATION

POWERED BY





**Your Duane Reade Pharmacy Location**
2864 Broadway
New York, NY  10025
(212)316-5113

| | | |
|---|---|---|
| **PATIENT** ANTON PURISIMA | **DOCTOR**   DR C. REVERTE | **DRUG DESCRIPTION** |
| **BIRTH DATE** 12/15/51 | | |
| **MEDICATION** IBUPROFEN 400MG TABLETS | **PATIENT** | |
| **QUANTITY** 30 | **ALLERGIES** | |

**DIRECTIONS**  TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED

WHITE

FRONT: IP 464

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA 1088.

**INGREDIENT NAME:  IBUPROFEN (eye-byoo-PROE-fen)**

**COMMON USES:**  This medicine is a nonsteroidal anti-inflammatory drug (NSAID) used to treat mild to moderate pain, osteoarthritis, and rheumatoid arthritis. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** WARNING: THE RISK OF SERIOUS AND SOMETIMES FATAL HEART PROBLEMS, HEART ATTACK, AND STROKE may be increased with the use of this medicine. This risk may be increased the longer you use this medicine. Risk may also be higher in patients who have heart problems or who are at risk for heart problems. THIS MEDICINE SHOULD NOT BE USED to treat pain before or after coronary artery heart bypass (CABG) surgery. THE RISK OF SERIOUS AND SOMETIMES FATAL STOMACH AND BOWEL PROBLEMS, including bleeding, ulcers, and holes in the stomach and bowel, is increased while using this medicine. These problems may occur at any time during therapy, with or without symptoms. Elderly patients are at higher risk for serious stomach problems. Ask your doctor or pharmacist for more information about this medicine and its side effects. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking heparins or tacrolimus. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking serotonin reuptake blocker medicines such as fluoxetine or citalopram, "blood thinners" such as warfarin, bisphosphonates such as alendronate or risedronate, cyclosporine, corticosteroids such as prednisone, high blood pressure medicines (including ACE inhibitors such as captopril, angiotensin II receptor antagonists such as losartan, and beta-blockers such as metoprolol), "water pills" (diuretics such as furosemide, hydrochlorothiazide, triamterene), lithium, methotrexate, or aspirin. DO NOT START OR STOP ANY MEDICINE without doctor or pharmacist approval. Inform your doctor of any other medical conditions including poorly controlled diabetes, dehydration, heart problems (such as heart failure or history of heart attack), swelling of the hands, feet, or ankles (edema), high blood pressure, history of stroke, blood clotting problems, stomach or bowel problems (such as bleeding or ulcers), history of tobacco use or alcohol use, kidney problems, liver problems, blood or bleeding problems (such as anemia), asthma, growths in the nose (nasal polyps), any allergies (especially history of angioedema with symptoms of lip, tongue, throat swelling), pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of allergy to aspirin or other NSAIDs (e.g., naproxen, celecoxib). USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe kidney disease or if you are going to have or have recently had coronary artery heart bypass (CABG) surgery. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:**  Follow the directions for using this medicine provided by your doctor. This medicine may come with a medication guide. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE with a full glass (8 oz./240 ml) of water. DO NOT lie down for 30 minutes after taking this medicine. The dosage is based on your medical condition and response to therapy. If repeat doses are needed, they are usually given 6 or 8 hours apart, or as directed by your doctor. When used in children, the dose is based on your child's weight. Read the product instructions to find the appropriate dose for your child's weight. Consult the pharmacist or doctor if you have questions or if you need help in choosing the appropriate dosage form. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. Taking it with food may not decrease the risk of stomach or bowel problems (such as bleeding or ulcers) that may occur while taking this medicine. Talk with your doctor or pharmacist if you experience persistent stomach upset. STORE THIS MEDICINE at room temperature, away from heat and light. Do not store in the bathroom. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**  THIS MEDICINE INCREASES YOUR RISK OF SERIOUS STOMACH OR BOWEL PROBLEMS (such as ulcers and bleeding). This risk is increased if you are elderly or are in poor health, if you have a history of smoking or drinking alcohol, if you take corticosteroid medicines (such as prednisone) or "blood thinners" (such as warfarin), or if you take this medicines for a long period of time. THIS MEDICINE MAY ALSO INCREASE YOUR RISK for certain serious heart and blood vessel problems (such as heart attack and stroke). TAKE THIS MEDICINE EXACTLY AS PRESCRIBED BY YOUR DOCTOR, at the lowest possible dose for the

shortest time needed. Talk with your doctor or pharmacist for further information. DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to aspirin or any medicine containing aspirin or to a nonsteroidal anti-inflammatory drug (such as Feldene, Motrin, Naprosyn, Clinoril). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine is a nonsteroidal anti-inflammatory drug, contact your doctor or pharmacist. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than 10 days for pain or 3 days for fever, unless directed by your doctor. Laboratory and/or medical tests, including blood counts, liver function tests, and kidney function tests, may be performed to monitor your progress or to check for side effects, especially if you are taking this medicine for a long period of time. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. ALCOHOL WARNING: If you consume 3 or more alcoholic drinks every day, ask your doctor whether you should take this medicine or other pain relievers/fever reducers. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. If you are also taking aspirin, as prescribed by your doctor for reasons such as heart attack or stroke prevention (usually these dosages are 81-325 mg per day), continue to take the aspirin and consult your doctor or pharmacist before using this medicine. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially the risk of stomach or bowel effects (such as bleeding or ulcers), or kidney effects. FOR WOMEN: USE OF THIS MEDICINE DURING PREGNANCY has resulted in fetal and newborn death. If you think you may be pregnant, contact your doctor immediately. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:**  SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, diarrhea, gas, constipation, indigestion, dizziness, lightheadedness, drowsiness, or headache. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience ringing in ears. CONTACT YOUR DOCTOR IMMEDIATELY if you experience rapid or pounding heartbeat; easy bruising or bleeding; very stiff neck; or mental/mood changes. CONTACT YOUR DOCTOR IMMEDIATELY if you experience sharp or crushing chest pain; sudden shortness of breath; sudden leg pain; sudden severe headache, vomiting, dizziness, or fainting; changes in vision; numbness of an arm or leg; slurred speech; one-sided weakness; sudden unexplained weight gain; change in amount of urine produced; severe or persistent stomach pain; vomit that looks like coffee grounds; black tarry stools; itching, reddened, swollen, blistered, painful, or peeling skin; yellowing of the skin or eyes; dark urine; right-sided tenderness; severe or persistent tiredness; fever, chills, or sore throat; severe or persistent nausea; swelling of hands, ankles, feet, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; or hoarseness. AN ALLERGIC REACTION TO THIS MEDICINE is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA 1088.

**OVERDOSE:**  If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include severe stomach pain, coffee ground-like vomit, unusually fast or slow heartbeat, trouble breathing, extreme drowsiness, loss of consciousness, and seizures.

**ADDITIONAL INFORMATION:**  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Do not flush unused medications or pour down a sink or drain.

W/C# 957300

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

POWERED BY



# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Duane Reade Pharmacy Location**
2864 Broadway
New York, NY 10025
(212)316-5113

| | |
|---|---|
| **PATIENT** | ANTON PURISIMA |
| **BIRTH DATE** | 12/15/51 |
| **MEDICATION** | MECLIZINE 25MG RX TABLETS |
| **QUANTITY** | 15 |
| **DIRECTIONS** | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR VERTIGO. |

**DOCTOR** DR C. REVERTE

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**



YELLOW

FRONT: TL 121

---

**INGREDIENT NAME:** MECLIZINE (MEK-li-zeen)

**COMMON USES:** This medicine is an antihistamine used to treat and prevent nausea, vomiting, and dizziness caused by motion sickness. It is also used for vertigo (dizziness) caused by certain inner ear problems. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking sodium oxybate (GHB). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking pramipexanel. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including lung or breathing problems (eg, asthma, chronic obstructive pulmonary disease / COPD, chronic bronchitis, emphysema); stomach, bowel, or bladder blockage; kidney or liver problems; an enlarged prostate; glaucoma or increased pressure in the eye; allergies; pregnancy; or breast-feeding. Use of this medicine in CHILDREN under age 12 is not recommended. Discuss with your doctor the risks and benefits of giving this medicine to your child. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. TAKE THIS MEDICINE by mouth with or without food. IF YOU ARE TAKING THIS MEDICINE TO PREVENT MOTION SICKNESS, take it at least 1 hour before activity or travel. USE THIS MEDICINE EXACTLY AS DIRECTED on the package, unless instructed differently by your doctor. If you are taking this medicine without a prescription, follow any warnings and precautions on the label. STORE THIS MEDICINE at room temperature, between 59 and 86 degrees F (15 and 30 degrees C), away from heat, moisture, and light. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed without checking with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, emergency care, or surgery, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE DROWSINESS OR BLURRED VISION. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. Using this medicine alone, along with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT DRINK ALCOHOL while you are taking this medicine. CHECK WITH YOUR DOCTOR before you use medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may

cause drowsiness. THIS PRODUCT MAY CONTAIN TARTRAZINE DYE (FD&C Yellow No. 5). This may cause an allergic reaction in some patients. If you have ever had an allergic reaction to tartrazine, ask your pharmacist if your product has tartrazine in it. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU BECOME PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include drowsiness, dry mouth, headache, tiredness, or vomiting. If they continue or are bothersome, check with your doctor. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include unusual excitability, drowsiness, hallucinations, very slow or shallow breathing, and seizures.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

*(left margin)* Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA 1088.

*(right margin)* Do not flush unused medications or pour down a sink or drain.

WIC# 957300

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

EXHIBIT "TWELVE"

* Plaintiff's "E. R. Tag"
   Acct: A 00 200 53 90 4 7

   By: Enriquez MD, melissa

   from: Hospital in Wilmington, Delaware

* Refused to treat the Dog-Bite of plaintiff who went
   forced to go to outside the state of NY
   because he cannot get proper Rabies's
   THIRD → shot (Plaintiff's 3rd. Dog-Rabies-shot)
   in New York, due to problems at his
   2nd. rabies shot at ST. LUKES E.R. HOSP.
   and at HOBOKEN University medical Centes,
   E.R. Hospital in HOBOKEN, New Jersey.
   That plaintiff cannot get proper rabies shot that his paint
   in his body was getting worst due to Dog-bite on
   OCT. 09, 2013.

* Plaintiff incorporates this document in this action and to
   support thereof.        ACP

Acct: A00200539047

MR#: H002005623

PURISIMA,ANTON

Age/Sex: 61 M

Enriquez MD,Melissa

RM/LOC: N.ER

DOB:12/15/1951

SD:

12

EXHIBIT "FOURTEEN"

* Discharge Instructions for : Anton Purisima
Arrival Date: ——————→ Wed: OCT. 23, 2013
from: Hahnemann University Hospital
Philadelphia, PA

* Plaintiff incorporates this document to every
page in this action and to support thereof.

ACP

H⁻

17

# Hahnemann University Hospital

Broad & Vine Streets
Philadelphia, PA 19102
215-762-7963

**Discharge Instructions for:**   **PURISIMA, ANTON**

**Arrival Date:**   **Wednesday, October 23, 2013**

Thank you for choosing **Hahnemann University Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   ,
Richards, Michael, RNP

**Diagnosis:**   Otitis Externa; Vaccination For Rabies

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| EXTERNAL EAR INFECTION (Adult) | Rabies Form<br>Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Emergency Department**<br>    When: ASAP; Reason: Change in condition<br>**Private Physician**<br>    When: 2 - 3 days; Reason: Recheck today's<br>complaints | Cortisporin HC |
| SPECIAL NOTES | |
| None | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

ANTON PURISIMA
MRN:

## FOLLOW UP INSTRUCTIONS

Emergency Department
    When: ASAP
    Reason: Change in condition

Private Physician
    When: 2 - 3 days
    Reason: Recheck today's complaints

## PRESCRIPTIONS

    Cortisporin HC Otic Suspension
    Instill 4 drop by OTIC route every 6 hours for 7 days; Quantity: 1 bottle

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

ANTON PURISIMA
MRN:

# EXTERNAL EAR INFECTION [Adult]

This is an infection in the ear canal due to an overgrowth of bacteria or fungus. This often occurs a few days after water gets trapped in the ear canal (swimming or bathing). It may also occur after cleaning too deeply in the ear canal with a cotton swab or other object. Sometimes hair care products get into the ear canal and cause this problem.

There may be itching, redness, drainage, or swelling of the ear canal and temporary loss of hearing.



## HOME CARE:

- Do not try to clean the ear canal. That could push pus and bacteria deeper into the canal.
- Use the drops prescribed to reduce swelling and fight the infection. If an EAR WICK was placed in the ear canal, apply drops right onto the end of the wick. The wick will draw the medicine into the ear canal even if it is swollen closed.
- Do not allow water to get into your ear when bathing. No swimming during this time.
- A cotton ball may be loosely placed in the outer ear to absorb any drainage.
- You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## PREVENTING FUTURE INFECTIONS:

You can usually avoid this problem by using an eardrop that removes the water from your ear canal when you feel there is water trapped there. You can get these drops over the counter (Swim Ear, Aqua Ear and other brands).

**FOLLOW UP** with your doctor or this facility in one week or as instructed by our staff.

**GET PROMPT MEDICAL ATTENTION** if any of the following occur:

- Ear pain becomes worse or does not begin to improve after 3 days of treatment
- Redness or swelling of the outer ear occurs or gets worse
- Headache, painful or stiff neck,
- Feeling drowsy or confused
- Fever of 100.4Â°F (38Â°C) or higher, or as directed by your healthcare provider
- Seizure

Â© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

ANTON PURISIMA
MRN:

# RABIES VACCINE

**What you need to know**

## 1   What is rabies?

Rabies is a serious disease. It is caused by a virus.

Rabies is mainly a disease of animals. Humans get rabies when they are bitten by infected animals.

At first there might not be any symptoms. But weeks, or even years after a bite, rabies can cause pain, fatigue, headaches, fever, and irritability. These are followed by seizures, hallucinations, and paralysis. Rabies is almost always fatal.

Wild animals – especially bats – are the most common source of human rabies infection in the United States. Skunks, raccoons, dogs, and cats can also transmit the disease.

Human rabies is rare in the United States. There have been only 39 cases diagnosed since 1990. However, between 16,000 and 39,000 people are treated each year for possible exposure to rabies after animal bites. Also, rabies is far more common in other parts of the world, with about 40,000-70,000 rabies-related deaths each year. Bites from unvaccinated dogs cause most of these cases.

**Rabies vaccine can prevent rabies.**

## 2   Rabies vaccine

Rabies vaccine is given to people at high risk of rabies to protect them if they are exposed. It can also prevent the disease if it is given to a person *after* they have been exposed.

Rabies vaccine is made from killed rabies virus. It cannot cause rabies.

## 3   Who should get rabies vaccine and when?

People at high risk of exposure to rabies, such as veterinarians, animal handlers, rabies laboratory workers, spelunkers, and rabies biologics production workers should be offered rabies vaccine.

The vaccine should also be considered for:
- People whose activities bring them into frequent contact with rabies virus or with possibly rabid animals.
- International travelers who are likely to come in contact with animals in parts of the world where rabies is common.

The pre-exposure schedule for rabies vaccination is **3 doses**, given at the following times:

Dose 1: As appropriate
Dose 2: 7 days after Dose 1
Dose 3: 21 days *or* 28 days after Dose 1

For laboratory workers and others who may be repeatedly exposed to rabies virus, periodic testing for immunity is recommended, and booster doses should be given as needed. (Testing or booster diseases are not recommended for travelers.) Ask your doctor for details.

## Vaccination After an Exposure

Anyone who has been bitten by an animal, or who otherwise may have been exposed to rabies, should see a doctor immediately.

- A person who is exposed and has never been vaccinated against rabies should get **5 doses** of rabies vaccine – one dose right away, and additional doses on the 3rd, 7th, 14th, and 28th days. They should also get a shot of *Rabies Immune Globulin* at the same time as the first does. This gives immediate protection.

ANTON PURISIMA
MRN:

- A person who **has** been previously vaccinated should get **2 doses** of rabies vaccine – one right away and another on the 3rd day. Rabies Immune Globulin is not needed.

## 4  Tell your doctor if...

Talk with a doctor before getting rabies vaccine if you:
1) ever had a serious (life-threatening) allergic reaction to a previous dose of rabies vaccine, or to any component of the vaccine,
2) are taking anti-malarial drugs,
3) have a weakened immune system because of:
- HIV/AIDS or another disease that affects the immune system,
- treatment with drugs that affect the immune system, such as steroids,
- cancer, or cancer treatment with radiation or drugs.

If you have a minor illness, such as a cold, you can be vaccinated. If you are moderately or severely ill, you should probably wait until you recover before getting a routine (non-exposure) dose of rabies vaccine.

**If you have been exposed to rabies virus, you should get the vaccine regardless of any other illnesses you may have.**

## 5  What are the risks from rabies vaccine?

A vaccine, like any medicine, is capable of causing serious problems, such as severe allergic reactions. The risk of a vaccine causing serious harm, or death, is extremely small. Serious problem from rabies vaccine are very rare.

**Mild problems:**
- soreness, redness, swelling, or itching where the shot was given (30%-74%)
- headache, nausea, abdominal pain, muscle aches, dizziness (5%-40%)

**Moderate problems:**
- hives, pain in the joints, fever (about 6% of booster doses)
- illness resembling Guillain-Barre Syndrome (GBS), with complete recovery (very rare)

Other nervous system disorders have been reported after rabies vaccine, but this happens so rarely that it is not known whether they are related to the vaccine.

NOTE: Several brands of rabies vaccine are available in the United States, and reactions may vary between brands. Your provider can give you more information about a particular brand.

## 6  What if there is a moderate or severe reaction?

### What should I look for?
- Any unusual condition, such as a high fever or behavior changes. Signs of a serious allergic reaction can include difficulty breathing, hoarseness or wheezing, hives, paleness, weakness, a fast heartbeat or dizziness.

### What should I do?
- Call a doctor, or get the person to a doctor right away.
- Tell your doctor what happened, the date and time it happened, and when the vaccination was given.
- Ask your doctor, nurse, or health department to report the reaction by filing a Vaccine Adverse Event Reporting System (VAERS) form. Or call VAERS yourself at **1-800-822-7967**, or visit their website at **www.vaers.org**.

## 7  How can I learn more?
Ask your doctor or nurse. They can give you the vaccine package insert or suggest other sources of information.

ANTON PURISIMA
MRN:

Call your local or state health department.

Contact the Centers for Disease Control and Prevention (CDC):
        Call **1-800-232-2522** (English)
        Call **1-800-232-0233** (Espanol)
        Visit CDC's rabies website at: **www.cdc.gov/ncidod/dvrd/rabies**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**
**National Immunization Program**

ANTON PURISIMA
MRN:

**Discharge Information**

**Home Medication Form**
**Hahnemann University Hospital**
**Emergency Department**

**Name:** ANTON PURISIMA
**Age:** 61 years **Gender:** Male
**Physician:** ,

**Visit Date:** 10/23/13 11:46
**MRN:**

Thank you for visiting Hahnemann University Hospital. This form contains information about your medications. It is important that you read and understand this information.

**Home Medication(s) recorded during this visit**

| Drug, Route & Dose | Frequency | Reason | Continue | | |
|---|---|---|---|---|---|
| Meclizine Oral | | | Yes | No | PCP |
| Amoxicillin-Pot Clavulanate Oral | | | Yes | No | PCP |

**Medications you received during your visit:**
**No Medications were given during your visit.**

**Prescriptions you received during your visit:**

| Drug & Dose | Route | Frequency | Reason | Next Dose |
|---|---|---|---|---|
| Cortisporin HC 4 drop | Otic | every 6 hours | | |

**Home Medications you should continue to take:**

| Drug, Route & Dose | Frequency | Reason |
|---|---|---|
| | | |

**Home Medications you should STOP taking:**

| Drug, Route & Dose | Frequency | Reason |
|---|---|---|
| | | |

**You should follow up with your primary care physician after discharge regarding continuation of these medications:**

| Drug, Route & Dose | Frequency | Reason |
|---|---|---|
| | | |

**Notes**
You will need to see your MD to get refills.

PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)

Signature:

'

EXHIBIT "FIFTEEN"

* Discharge Instructions for: Anton Purisima
  Arrival Date ————————→ Thur. Oct. 17, 2013
  From: Hahnemann University Hospital
        Philadelphia, PA

* Plaintiff incorporates this document to every page
  in this action and to support thereof.

                                    ACP

H-

23

# Hahnemann University Hospital

Broad & Vine Streets
Philadelphia, PA 19102
215-762-7963

**Discharge Instructions for:**     **Purisima, Anton**

**Arrival Date:**     **Thursday, October 17, 2013**

Thank you for choosing **Hahnemann University Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Samuels, Leonard, MD

Goldstein, Russell, MD

**Diagnosis:**   Pain - upper extremity; Animal Bite Hand

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Animal, Farm - DOG BITE<br>Contusions - CONTUSION, Soft Tissue | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Emergency Department**<br>    When: 10/23/2030; Reason: Return for your final rabies shot. Return sooner if your symptoms worsen. | Motrin |

| SPECIAL NOTES |
|---|
| An ultrasound of your right arm showed no blood clot.  You should take Motrin and use ice packs as needed for the pain in your arm.  If your pain and swelling become much worse or you develop numbness, weakness, color change, or temperature in your arm/hand then return to the ER to be evaluated.  You should return to the ER on Wednesday 10/23 for your 4th and final rabies shot. |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

14